1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814
4 | Telephone:  (916) 554-2700

5 | Attorneys for the United States

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                     2:14-MC-00067-GEB-EFB

12 |               Plaintiff,

13 |        v.                                     STIPULATION AND ORDER
                                                EXTENDING TIME FOR FILING
14 | APPROXIMATELY $28,500.00 IN U.S.             A COMPLAINT FOR FORFEITURE
CURRENCY,                                       AND/OR TO OBTAIN AN
15 |                                             INDICTMENT ALLEGING
                                                FORFEITURE
16 |               Defendant.

17

18 |        It is hereby stipulated by and between the United States of America and claimants Hector

19 | Rodriguez, Sr. and Zoila Rodriguez, through undersigned counsel, as follows:

20 |        1.       On or about February 5, 2014, claimants Hector Rodriguez, Sr. and Zoila Rodriguez

21 | filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration

22 | with respect to the Approximately $28,500.00 in U.S. Currency (hereafter "defendant currency"),

23 | which was seized between November 26, 2013.

24 |        2.       The Drug Enforcement Administration has sent the written notice of intent to forfeit

25 | required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

26 | person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

27 | other than the claimants has filed a claim to the defendant currency as required by law in the

28 | administrative forfeiture proceeding.

1

3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 5, 2014.

4.    By Stipulation and Order filed May 2, 2014, the parties stipulated to extend to July 7, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.    By Stipulation and Order filed July 3, 2014, the parties stipulated to extend to September 5, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.    By Stipulation and Order filed August 29, 2014, the parties stipulated to extend to November 4, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.    By Stipulation and Order filed October 30, 2014, the parties stipulated to extend to February 4, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.    By Stipulation and Order filed February 2, 2015, the parties stipulated to extend to April 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.    By Stipulation and Order filed April 2, 2015, the parties stipulated to extend to June 1, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

Stipulation and Order to Extend Time
for Filing A Complaint for Forfeiture

forfeiture.

10.     By Stipulation and Order filed May 26, 2015, the parties stipulated to extend to August 28, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed August 26, 2015, the parties stipulated to extend to November 25, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     By Stipulation and Order filed November 25, 2015, the parties stipulated to extend to February 23, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     By Stipulation and Order filed February 23, 2016, the parties stipulated to extend to April 22, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14.     By Stipulation and Order filed April 12, 2016, the parties stipulated to extend to June 21, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 21, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

3

1    16.    Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3  alleging that the defendant currency are subject to forfeiture shall be extended to September 19, 2016.

4  Dated:    6/10/16                                        BENJAMIN B. WAGNER
                                                           United States Attorney

5
                                                  By:    /s/ Kevin C. Khasigian
6                                                        KEVIN C. KHASIGIAN
                                                         Assistant U.S. Attorney
7

8  Dated:    6/10/16

                                                          /s/ Jesse I. Santana
9                                                        JESSE I. SANTANA
                                                         Attorney for Claimants
10                                                       (Authorized by email)

11

12        IT IS SO ORDERED.

13  Dated:  June 14, 2016

14

15

16  GARLAND E. BURRELL, JR.
    Senior United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

4