PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $28,500.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:14-MC-00067-GEB-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimants Hector Rodriguez, Sr. and Zoila Rodriguez, through undersigned counsel, as follows:

1.   On or about February 5, 2014, claimants Hector Rodriguez, Sr. and Zoila Rodriguez filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $28,500.00 in U.S. Currency (hereafter "defendant currency"), which was seized between November 26, 2013.

2.   The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 5, 2014.

4. By Stipulation and Order filed May 2, 2014, the parties stipulated to extend to July 7, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed July 3, 2014, the parties stipulated to extend to September 5, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed August 29, 2014, the parties stipulated to extend to November 4, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed October 30, 2014, the parties stipulated to extend to February 4, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed February 2, 2015, the parties stipulated to extend to April 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed April 2, 2015, the parties stipulated to extend to June 1, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

1  forfeiture.

2    10. By Stipulation and Order filed May 26, 2015, the parties stipulated to extend to August
3  28, 2015, the time in which the United States is required to file a civil complaint for forfeiture against
4  the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
5  forfeiture.

6    11. By Stipulation and Order filed August 26, 2015, the parties stipulated to extend to
7  November 25, 2015, the time in which the United States is required to file a civil complaint for
8  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
9  currency is subject to forfeiture.

10    12. By Stipulation and Order filed November 25, 2015, the parties stipulated to extend to
11  February 23, 2016, the time in which the United States is required to file a civil complaint for forfeiture
12  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
13  subject to forfeiture.

14    13. By Stipulation and Order filed February 23, 2016, the parties stipulated to extend to
15  April 22, 2016, the time in which the United States is required to file a civil complaint for forfeiture
16  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
17  subject to forfeiture.

18    14. By Stipulation and Order filed April 12, 2016, the parties stipulated to extend to June 21,
19  2016, the time in which the United States is required to file a civil complaint for forfeiture against the
20  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
21  forfeiture.

22    15. By Stipulation and Order filed June 10, 2016, the parties stipulated to extend to
23  September 19, 2016, the time in which the United States is required to file a civil complaint for
24  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
25  currency is subject to forfeiture.

26    16. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further
27  extend to November 18, 2016, the time in which the United States is required to file a civil complaint
28  for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture.

17. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency are subject to forfeiture shall be extended to November 18, 2016.

Dated:   9/14/2016

          PHILLIP A. TALBERT
          Acting United States Attorney

          By:   /s/ Kevin C. Khasigian
          KEVIN C. KHASIGIAN
          Assistant U.S. Attorney

Dated:   9/14/2016

          /s/ Jesse I. Santana
          JESSE I. SANTANA
          Attorney for Claimants
          (Authorized by email)

IT IS SO ORDERED.

Dated:  September 15, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Order to Extend Time
for Filing A Complaint for Forfeiture