1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                  2:14-MC-00067-GEB-EFB

12              Plaintiff,

13        v.                                    STIPULATION AND ORDER
                                                EXTENDING TIME FOR FILING
14  APPROXIMATELY $28,500.00 IN U.S.            A COMPLAINT FOR FORFEITURE
    CURRENCY,                                   AND/OR TO OBTAIN AN
15                                              INDICTMENT ALLEGING
                                                FORFEITURE
            Defendant.
16

17

18        It is hereby stipulated by and between the United States of America and claimants Hector

19  Rodriguez, Sr. and Zoila Rodriguez, through undersigned counsel, as follows:

20        1.      On or about February 5, 2014, claimants Hector Rodriguez, Sr. and Zoila Rodriguez

21  filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration

22  with respect to the Approximately $28,500.00 in U.S. Currency (hereafter "defendant currency"),

23  which was seized between November 26, 2013.

24        2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

25  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

26  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

27  other than the claimants has filed a claim to the defendant currency as required by law in the

28  administrative forfeiture proceeding.

                                              1

3.	Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 5, 2014.

4.	By Stipulation and Order filed May 2, 2014, the parties stipulated to extend to July 7, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.	By Stipulation and Order filed July 3, 2014, the parties stipulated to extend to September 5, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.	By Stipulation and Order filed August 29, 2014, the parties stipulated to extend to November 4, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.	By Stipulation and Order filed October 30, 2014, the parties stipulated to extend to February 4, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.	By Stipulation and Order filed February 2, 2015, the parties stipulated to extend to April 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.	By Stipulation and Order filed April 2, 2015, the parties stipulated to extend to June 1, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

Stipulation and Order to Extend Time
for Filing A Complaint for Forfeiture

1   forfeiture.

2       10.    By Stipulation and Order filed May 26, 2015, the parties stipulated to extend to August

3   28, 2015, the time in which the United States is required to file a civil complaint for forfeiture against

4   the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

5   forfeiture.

6       11.    By Stipulation and Order filed August 26, 2015, the parties stipulated to extend to

7   November 25, 2015, the time in which the United States is required to file a civil complaint for

8   forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

9   currency is subject to forfeiture.

10      12.    By Stipulation and Order filed November 25, 2015, the parties stipulated to extend to

11  February 23, 2016, the time in which the United States is required to file a civil complaint for forfeiture

12  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

13  subject to forfeiture.

14      13.    By Stipulation and Order filed February 23, 2016, the parties stipulated to extend to

15  April 22, 2016, the time in which the United States is required to file a civil complaint for forfeiture

16  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

17  subject to forfeiture.

18      14.    By Stipulation and Order filed April 12, 2016, the parties stipulated to extend to June 21,

19  2016, the time in which the United States is required to file a civil complaint for forfeiture against the

20  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

21  forfeiture.

22      15.    By Stipulation and Order filed June 10, 2016, the parties stipulated to extend to

23  September 19, 2016, the time in which the United States is required to file a civil complaint for

24  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

25  currency is subject to forfeiture.

26      16.    By Stipulation and Order filed September 15, 2016, the parties stipulated to extend to

27  November 18, 2016, the time in which the United States is required to file a civil complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

3

Stipulation and Order to Extend Time
for Filing A Complaint for Forfeiture

currency is subject to forfeiture.

17.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 16, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency are subject to forfeiture shall be extended to February 16, 2017.

Dated:    11/14/2016                                PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                           By:     /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney

Dated:    11/10/2016

                                                    /s/ Jesse I. Santana
                                                   JESSE I. SANTANA
                                                   Attorney for Claimants
                                                   (Authorized by email)

       IT IS SO ORDERED.

       Dated:  November 15, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4