PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00067-GEB-EFB |
|---|---|
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| APPROXIMATELY $28,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. On November 26, 2013, agents with the Butte County Sheriff's Office responded to a report of a shooting at 6934 Upper Palermo Road, Oroville, California, the residence of the Hector Rodriguez, Sr. and Zoila Rodriguez ("claimants" or "Rodriguez's").  Approximately $28,500.00 in U.S. Currency ("defendant currency") and over 178 pounds of marijuana were seized from the residence during the consensual search.  The Drug Enforcement Administration adopted the defendant currency of December 18, 2013.

2. The DEA commenced administrative forfeiture proceedings, sending direct written notice to all known potential claimants and publishing notice to all others.  On or about February 4, 2014, the DEA received a claim from Hector Rodriguez Sr. and Zoila Rodriguez asserting an ownership interest in the defendant currency.

3. The United States represents that it could show at a forfeiture trial that on November

26, 2013, agents with the Butte County Sheriff's Office responded to a report of a shooting at 6934 Upper Palermo Road, Oroville, California, the Rodriguez's residence.  During a consensual search, law enforcement seized Approximately $28,500.00 in U.S. Currency and over 178 pounds of marijuana.

4. The United States could further show at a forfeiture trial that Hector Rodriguez, Sr. told the officers that he had over fifty pounds of marijuana at the residence and grew marijuana on his property with his wife (Zoila) and two sons.  He told the officers he had planned to sell his marijuana to "clubs" but had not done so in the past.  Rodriguez Sr. told the officers he was currently unemployed.

5. The United States could further show at a forfeiture trial that Zoila Rodriguez told the officers that there was forty to fifty pounds of marijuana at the residence and she grew marijuana on the property with her husband (Hector Rodriguez, Sr.) and two sons.  She told officers they planned to sell the marijuana to a "club."  Zoila originally told the officers the $28,500 was everyone's money but later recanted saying it was her and Rodriguez Sr.'s money.

6. A Felony Complaint was filed on March 11, 2014, in *The People of the State of California v. Hector Rodriguez Ortiz and Zoila Rodriguez*, CM040674 in Butte County Superior Court.  Hector Rodriguez, Sr. and Zoila Rodriguez were charged with violations of Health and Safety Code § 11358 – Cultivating Marijuana, Health and Safety Code § 11359 – Possession of Marijuana for Sale, and Penal Code § 186.10(a) – Money Laundering.  This stipulation is part of a global settlement with Hector Rodriguez, Sr. and Zoila Rodriguez and shall be signed by all parties prior to sentencing in the Butte County case referenced above.

7. The United States could further show at a forfeiture trial that the defendant currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

8. Without admitting the truth of the factual assertions contained above, Hector Rodriguez, Sr. and Zoila Rodriguez specifically denying the same, and for the purpose of reaching an amicable resolution and compromise of this matter, claimants agree that an adequate factual basis exists to support forfeiture of the defendant currency.  Claimants hereby acknowledge that they are the sole owners of the defendant currency, and that no other person or entity has any legitimate claim of

interest therein.  Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant currency, Claimants shall hold harmless and indemnify the United States, as set forth below.

9. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

10. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the defendant currency was seized.

11. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

2. All right, title and interest in the $28,500.00 in U.S. Currency shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. The United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  Hector Rodriguez, Sr. and Zoila Rodriguez waive the provisions of California Civil Code § 1542.

4. No portion of the stipulated settlement, including statements or admissions made therein, shall be admissible in any criminal action pursuant to Rules 408 and 410(a)(4) of the Federal Rules of Evidence.

5. All parties will bear their own costs and attorney's fees.

///

///

///

6. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described defendant currency.

IT IS SO ORDERED.

Dated: March 9, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge